**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-62274-CIV-ALTMAN**

**SIMMONE DARGOLTZ,**
*individually and on behalf of all others similarly situated,*

      Plaintiff,

v.

**DESIGNER BRANDS, INC.,**

      Defendant.

_____/

## ORDER

    **THIS MATTER** comes before the Court on the Plaintiffs' Notice of Voluntary Dismissal

[ECF No. 22].

    The Court hereby

    **ORDERS AND ADJUDGES** that this case is **DISMISSED without prejudice**.

    **DONE AND ORDERED** in Fort Lauderdale, Florida, this 25th day of November 2019.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record